**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

JUL 7 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAWN JENSEN, et al., <br><br>                Plaintiffs-Appellees, <br> v. <br><br> RYAN THORNELL, et al., <br><br>                Defendants-Appellants. | No. 25-4365 <br><br> D.C. No. <br> 2:12-cv-00601-PHX-ROS <br><br> ORDER |

Before: BERZON, M. SMITH, and HURWITZ, Circuit Judges.

On limited remand, the district court issued an order finding that the remedy it imposed satisfies 18 U.S.C. § 3626(a)(1)(A). *See* Dkt. No. 33. Upon receipt, Defendants-Appellants Ryan Thornell, et al. (Appellants) expressed that "this appeal can be closed without further briefing," as "there are no remaining issues . . . for this Court to resolve." Dkt. No. 35, at 3–4. The parties have since "jointly" informed us "that they do not object to the dismissal of this appeal." Dkt. No. 37.

We construe the parties' statements as a joint assertion that Appellants' appeal is moot. Discharging our "independent obligation" to evaluate that assertion, *NASD Disp. Resol., Inc. v. Jud. Council of State of Cal. (NASD)*, 488 F.3d 1065, 1068 (9th Cir. 2007), we agree with the parties. Appellants raised two issues in their appeal: (1) whether the district court ordered prospective relief without making the requisite

findings under § 3626(a)(1)(A), and (2) whether such findings must be meaningful. Dkt. No. 8, at 9. And, as Appellants correctly observe, the district court's order on limited remand "resolved both." Dkt. No. 35, at 2; *see also* Dkt. No. 33. Because there is no live controversy for us to address, we **DISMISS** this appeal with prejudice. *NASD*, 488 F.3d at 1068.